# EXHIBIT B

| US8843549 | MeetingOne- AudioOne- Click&Meet (The accused instrumentality) |
|---|---|
| 1. A method for an application involving real-time notification of a client by a telephone switching system, comprising: | The accused instrumentality practices a method for an application involving real-time notification (e.g., Participant's Entry Announcement/Chime, Floor request notification, etc.,) of a client by a telephone switching system (e.g., PSTN, dial-in telephone).  http://web.archive.org/web/20160723141319/http://www.meetingone.com/audioone/clickmeet |



http://web.archive.org/web/20160723141319/http://www.meetingone.com/audioone/clickmeet

https://www.meetingone.com/whitepapers/1_ClickMeet_Getting_Started_2017.02.pdf



https://www.youtube.com/watch?v=QmiaerYzxQI

# Doorbells & Audio Prompts

## Controlling the Doorbells and Audio Prompts

Doorbells and Audio Prompts are audio queues that notify you, and participants, of various events occuring in the conference. For example, doorbells indicate the arrival of a new participant; audio prompts can be a number of annoucements, such as the iniation of a recording, the entire conference being muted, floor request mode initiation, etc.

Real Time Notification

### Doorbells

*From within Click&Meet®:*

1 To only turn off/on the doorbells click the Doorbell icon (functions as a toggle).



*... or on your Phone:*

1 To only deactivate only the doorbell announcing the arrival of new participants, press * 4 7 #

*Note: To reactivate the doorbell, press * 4 7 0 #*

### Audio Prompts

*From within Click&Meet®:*

1 To turn off/on all audio prompts click the Audio Prompt icon near the top left of the Conference area on your screen (functions as a toggle).



*... or on your Phone:*

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf

- **Mute All**: Yes/No setting that mutes all participants (NOT the host) entering the conference when set to Yes. When set to No all participants joining the conference will join un-muted. When this is set to Yes participants joining muted will not be able to un-mute their own lines unless Participant Self Mute is enabled.
- **Disable Participant Self Mute**: Yes/No setting that will allow participants to mute and un-mute their lines when set to No. When set to Yes, participants will not be able to mute and un-mute themselves.
- **Disable Doorbell**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on dial out or dial in when set to Yes. When set to No a chime will play for every participant that enters the conference.   Real Time Notification
- **Ring Doorbell on Dialout**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on DIALOUT only when set to No. When set to Yes, a chime will play every time a participant joins the call via dialout.
- **Disable Prompts**: Yes/No setting that will turn off audio prompts to the conference when set to Yes. When set to No, all audio prompts will play to the audio conference. **Note** Some audio prompts cannot be disabled, even when this setting is set to Yes. They include the recording and un-muting prompts.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf


**Accessing Click&Meet®**

With our Click&Meet® Online Interface, you gain unparalleled control of your AudioOne conference in a visually dynamic way. Every participant in the conference is represented by a colored pictogram. Want to have a one-on-one meeting with a participant? Just click, drag, and drop a participant and yourself into the Host Corner. Want the floor for a while? Simply click the mute icon and be the only one who's heard. In addition, you can cast votes, take roll call, conduct Questions & Answer sessions and much more. Participants can also use Click&Meet with limited control – they can view the conference, see who's talking, vote, and participate in data sharing sessions.

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf

- **Roll Call Mode**: Roll Call Mode asks participants calling into the conference to say their first and last name. When they join the conference their name is either played to the entire conference or to the host only. The host can also decide to play the recordings of people's names on demand.
  - **None**: Will disable Roll Call Mode.   | Real Time Notification |
  - **On_Demand**: Will save the recordings of people's names so that the host can play them back later in the conference.
  - **Announce_Host**: Will announce participant's names to the host only when they join the conference.
  - **Announce_Conference**: Will announce participant's names to the entire conference when they join the conference.
- **Language**: This setting changes what language the conference hears prompts in. The options are: Dutch, English, UK English, French, German, Japanese, and Spanish.
- **Default Billing Code**: The default billing code is a billing identifier that can be assigned to a conference room. The default billing code will be set for all audio conferences that take place.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf



Manage Orderly Q&A Sessions visually from the Click&Meet interface, by showing who has a question and in what order they requested to speak.



**Open Floor Request Mode** – Open the floor for participants to request the floor to speak.
  - Audio prompt will announce floor request mode has been activated and participants will be prompted to press *# on their phone's keypad to request the floor or cancel their floor request
  - You can now open the floor request panel on the right hand side of the Click&Meet interface
  - Participants who wish to speak will show in red for first request and pink for the next people to request

https://www.meetingone.com/whitepapers/6_ClickMeet_Floor_Request_Mode_Sessions_2017.02.pdf

| a) opening a connection between the client and a server; | The accused instrumentality practices opening a connection (e.g., joining/starting a meeting) between the client (e.g., a user) and a server (e.g., MeetingOne server).  http://web.archive.org/web/20160723141319/http://www.meetingone.com/audioone/clickmeet |
|---|---|



Click&Meet Getting Started



Click&Meet

Getting Started

Click&Meet is a fully integrated teleconferencing online visual interface that allows you to control your Conference more efficiently on line. Click & Meet revolutionizes the way businesses conduct conference calls by providing users with unparalleled control through a visual and easy-to-use interface.

https://www.meetingone.com/whitepapers/1_ClickMeet_Getting_Started_2017.02.pdf

# Host Access

## Starting Your MeetingOne Conference

With MeetingOne, you have two ways to conduct a conference call, or simply be part of one:
1 Using only your phone
2 Using both your phone and the Click&Meet® online interface

### Accessing Click&Meet®

With our Click&Meet® Online Interface, you gain unparalleled control of your AudioOne conference in a visually dynamic way. Every participant in the conference is represented by a colored pictogram. Want to have a one-on-one meeting with a participant? Just click, drag, and drop a participant and yourself into the Host Corner. Want the floor for a while? Simply click the mute icon and be the only one who's heard. In addition, you can cast votes, take roll call, conduct Questions & Answer sessions and much more. Participants can also use Click&Meet with limited control – they can view the conference, see who's talking, vote, and participate in data sharing sessions.

Click&Meet® is tested to perform normally when accessed through the internet browers up to versions Internet Explorer 8, Firefox 3.6, or Safari. Occasionally security settings on an individual's workstation or certain firewall configurations may block this access but normally this is not an issue. A high-speed internet connection is recommended. You may also need to disable some pop-up blocking software in order for this to work properly.
1 Go to the MeetingOne home page at http://www.meetingone.com
2 Click on the Customer Center section
3 Under the Click&Meet® heading, click "Login"
4 A new window should open within a few moments with the Click&Meet® login page

> Click&Meet works on various web browsers, hence works on web based connections

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf



https://www.youtube.com/watch?v=ROENWxLWs84

# Participant Access

## Joining a Conference Call as a Participant

### Joining the Conference

1 Dial the Conference Room number (or Access Number, then *Room Number# provided to you by the Host. If prompted, enter any code the Host has asked provided you.

2 You will hear a prompt when you have joined the conference (timing may differ depending on the Access Mode selected by the Host - whether that be immediate access, host greeting, delayed, coded, etc.)

3 If the host has not yet arrived, you will hear music playing, this indicated that you are waiting in the lounge. You will remain here until the host arrives and begins the conference (at which point you will hear that you have joined the conference.

*Note: The maximum hold time for participants in the waiting lounge is 5 minutes. If the Host has not opened the room in this time, the particpants will be notified, disconnected, and will need to dial back in.*

*If you are dialing into a conference from outside of the United States use these steps:*

1 To start, dial an international access number

*Note: This can be either our general International Dial-In Number 303-330-0440) or a Local International Access Number listed on our website on Customer Center page, under the International Access heading.*

2 When prompted, press * {your room number} press #

### Coded Access

If the Host wants to increase the security level to access the conference, they can specify a conference access code or Individual access codes for the participants to enter in order to join the meeting.

*Note: both the Conference Code and the Individual Access codes referred to below, will be communicated by the Host prior to the conference call.*

To enter a conference with a Conference Code:

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf



https://www.youtube.com/watch?v=QmiaerYzxQI

# Doorbells & Audio Prompts

## Controlling the Doorbells and Audio Prompts

Doorbells and Audio Prompts are audio queues that notify you, and participants, of various events occuring in the conference. For example, doorbells indicate the arrival of a new participant; audio prompts can be a number of annoucenents, such as the iniation of a recording, the entire conference being muted, floor request mode initiation, etc.

Real Time Notification

### Doorbells

**From within Click&Meet®:**

1 To only turn off/on the doorbells click the Doorbell icon (functions as a toggle).



**... or on your Phone:**

1 To only deactivate only the doorbell announcing the arrival of new participants, press * 4 7 #

*Note: To reactivate the doorbell, press * 4 7 0 #*

### Audio Prompts

**From within Click&Meet®:**

1 To turn off/on all audio prompts click the Audio Prompt icon near the top left of the Conference area on your screen (functions as a toggle).



**... or on your Phone:**

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf

- **Mute All**: Yes/No setting that mutes all participants (NOT the host) entering the conference when set to Yes. When set to No all participants joining the conference will join un-muted. When this is set to Yes participants joining muted will not be able to un-mute their own lines unless Participant Self Mute is enabled.
- **Disable Participant Self Mute**: Yes/No setting that will allow participants to mute and un-mute their lines when set to No. When set to Yes, participants will not be able to mute and un-mute themselves.
- **Disable Doorbell**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on dial out or dial in when set to Yes. When set to No a chime will play for every participant that enters the conference. **Real Time Notification**
- **Ring Doorbell on Dialout**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on DIALOUT only when set to No. When set to Yes, a chime will play every time a participant joins the call via dialout.
- **Disable Prompts**: Yes/No setting that will turn off audio prompts to the conference when set to Yes. When set to No, all audio prompts will play to the audio conference. **Note** Some audio prompts cannot be disabled, even when this setting is set to Yes. They include the recording and un-muting prompts.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf

- **Roll Call Mode**: Roll Call Mode asks participants calling into the conference to say their first and last name. When they join the conference their name is either played to the entire conference or to the host only. The host can also decide to play the recordings of people's names on demand.
  - **None**: Will disable Roll Call Mode. **Real Time Notification**
  - **On_Demand**: Will save the recordings of people's names so that the host can play them back later in the conference.
  - **Announce_Host**: Will announce participant's names to the host only when they join the conference.
  - **Announce_Conference**: Will announce participant's names to the entire conference when they join the conference.
- **Language**: This setting changes what language the conference hears prompts in. The options are: Dutch, English, UK English, French, German, Japanese, and Spanish.
- **Default Billing Code**: The default billing code is a billing identifier that can be assigned to a conference room. The default billing code will be set for all audio conferences that take place.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf



Manage Orderly Q&A Sessions visually from the Click&Meet interface, by showing who has a question and in what order they requested to speak.



**Open Floor Request Mode** – Open the floor for participants to request the floor to speak.
  o Audio prompt will announce floor request mode has been activated and participants will be prompted to press *# on their phone's keypad to request the floor or cancel their floor request
  o You can now open the floor request panel on the right hand side of the Click&Meet interface
  o Participants who wish to speak will show in red for first request and pink for the next people to request

https://www.meetingone.com/whitepapers/6_ClickMeet_Floor_Request_Mode_Sessions_2017.02.pdf

| b) transmitting notification messages from the telephone switching system to the server using a networking protocol; | The accused instrumentality practices transmitting notification messages (e.g., Participant's Entry Announcement/Chime, Floor request notification, etc.,) from the telephone switching system (e.g., a user who joined the meeting using dial-in telephone or PSTN phone) to the server using a networking protocol (e.g., IP). |
|---|---|

# Host Access

## Starting Your MeetingOne Conference

With MeetingOne, you have two ways to conduct a conference call, or simply be part of one:
1 Using only your phone
2 Using both your phone and the Click&Meet® online interface

### Accessing Click&Meet®

With our Click&Meet® Online Interface, you gain unparalleled control of your AudioOne conference in a visually dynamic way. Every participant in the conference is represented by a colored pictogram. Want to have a one-on-one meeting with a participant? Just click, drag, and drop a participant and yourself into the Host Corner. Want the floor for a while? Simply click the mute icon and be the only one who's heard. In addition, you can cast votes, take roll call, conduct Questions & Answer sessions and much more. Participants can also use Click&Meet with limited control – they can view the conference, see who's talking, vote, and participate in data sharing sessions.

Click&Meet® is tested to perform normally when accessed through the internet browers up to versions Internet Explorer 8, Firefox 3.6, or Safari. Occasionally security settings on an individual's workstation or certain firewall configurations may block this access but normally this is not an issue. A high-speed internet connection is recommended. You may also need to disable some pop-up blocking software in order for this to work properly.
1 Go to the MeetingOne home page at http://www.meetingone.com
2 Click on the Customer Center section
3 Under the Click&Meet® heading, click "Login"
4 A new window should open within a few moments with the Click&Meet® login page

**Click&Meet works on various web browsers, hence works on web based connections**

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf

# Participant Access

## Joining a Conference Call as a Participant

### Joining the Conference

1 Dial the Conference Room number (or Access Number, then *Room Number# provided to you by the Host. If prompted, enter any code the Host has asked provided you.

2 You will hear a prompt when you have joined the conference (timing may differ depending on the Access Mode selected by the Host - whether that be immediate access, host greeting, delayed, coded, etc.)

3 If the host has not yet arrived, you will hear music playing, this indicated that you are waiting in the lounge. You will remain here until the host arrives and begins the conference (at which point you will hear that you have joined the conference.

*Note: The maximum hold time for participants in the waiting lounge is 5 minutes. If the Host has not opened the room in this time, the participants will be notified, disconnected, and will need to dial back in.*

*If you are dialing into a conference from outside of the United States use these steps:*

1 To start, dial an international access number

*Note: This can be either our general International Dial-In Number 303-330-0440) or a Local International Access Number listed on our website on Customer Center page, under the International Access heading.*

2 When prompted, press * {your room number} press #

### Coded Access

If the Host wants to increase the security level to access the conference, they can specify a conference access code or individual access codes for the participants to enter in order to join the meeting.

*Note: both the Conference Code and the Individual Access codes referred to below, will be communicated by the Host prior to the conference call.*

To enter a conference with a Conference Code:

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf



https://www.youtube.com/watch?v=QmiaerYzxQI

# Doorbells & Audio Prompts

## Controlling the Doorbells and Audio Prompts

Doorbells and Audio Prompts are audio queues that notify you, and participants, of various events occuring in the conference. For example, doorbells indicate the arrival of a new participant; audio prompts can be a number of annoucements, such as the iniation of a recording, the entire conference being muted, floor request mode initiation, etc.

Real Time Notification

### Doorbells

***From within Click&Meet®:***

1 To only turn off/on the doorbells click the Doorbell icon (functions as a toggle).



***... or on your Phone:***

1 To only deactivate only the doorbell announcing the arrival of new participants, press * 4 7 #

*Note: To reactivate the doorbell, press * 4 7 0 #*

### Audio Prompts

***From within Click&Meet®:***

1 To turn off/on all audio prompts click the Audio Prompt icon near the top left of the Conference area on your screen (functions as a toggle).



***... or on your Phone:***

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf

- **Mute All**: Yes/No setting that mutes all participants (NOT the host) entering the conference when set to Yes. When set to No all participants joining the conference will join un-muted. When this is set to Yes participants joining muted will not be able to un-mute their own lines unless Participant Self Mute is enabled.
- **Disable Participant Self Mute**: Yes/No setting that will allow participants to mute and un-mute their lines when set to No. When set to Yes, participants will not be able to mute and un-mute themselves.
- **Disable Doorbell**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on dial out or dial in when set to Yes. When set to No a chime will play for every participant that enters the conference.  Real Time Notification
- **Ring Doorbell on Dialout**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on DIALOUT only when set to No. When set to Yes, a chime will play every time a participant joins the call via dialout.
- **Disable Prompts**: Yes/No setting that will turn off audio prompts to the conference when set to Yes. When set to No, all audio prompts will play to the audio conference. **Note** Some audio prompts cannot be disabled, even when this setting is set to Yes. They include the recording and un-muting prompts.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf

- **Roll Call Mode**: Roll Call Mode asks participants calling into the conference to say their first and last name. When they join the conference their name is either played to the entire conference or to the host only. The host can also decide to play the recordings of people's names on demand.  Real Time Notification
    - **None**: Will disable Roll Call Mode.
    - **On_Demand**: Will save the recordings of people's names so that the host can play them back later in the conference.
    - **Announce_Host**: Will announce participant's names to the host only when they join the conference.
    - **Announce_Conference**: Will announce participant's names to the entire conference when they join the conference.
- **Language**: This setting changes what language the conference hears prompts in. The options are: Dutch, English, UK English, French, German, Japanese, and Spanish.
- **Default Billing Code**: The default billing code is a billing identifier that can be assigned to a conference room. The default billing code will be set for all audio conferences that take place.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf



Manage Orderly Q&A Sessions visually from the Click&Meet interface, by showing who has a question and in what order they requested to speak.



**Open Floor Request Mode** – Open the floor for participants to request the floor to speak.
- o Audio prompt will announce floor request mode has been activated and participants will be prompted to press *# on their phone's keypad to request the floor or cancel their floor request
- o You can now open the floor request panel on the right hand side of the Click&Meet interface
- o Participants who wish to speak will show in red for first request and pink for the next people to request

https://www.meetingone.com/whitepapers/6_ClickMeet_Floor_Request_Mode_Sessions_2017.02.pdf

| c) transforming the notification messages at the server into a programming language code and using said networking protocol for sending the programming language code to the client, wherein the programming | The accused instrumentality practices transforming the notification messages (e.g., Participant's Entry Announcement/Chime, Floor request notification, etc.,) at the server (e.g., MeetingOne server) into a programming language code (e.g., markup language code such as HTML code) and using said networking protocol (e.g., IP) for sending the programming language code (e.g., markup language code such as HTML code) to the client , wherein the programming language code is executable by the client's browser (e.g., web browser of the user such as Firefox). |
|---|---|

language code is executable by the client's browser;

 Click&Meet Getting Started

 Click&Meet

Getting Started

Click&Meet is a fully integrated teleconferencing online visual interface that allows you to control your Conference more efficiently on line. Click & Meet revolutionizes the way businesses conduct conference calls by providing users with unparalleled control through a visual and easy-to-use interface.

https://www.meetingone.com/whitepapers/1_ClickMeet_Getting_Started_2017.02.pdf

### Accessing Click&Meet®

With our Click&Meet® Online Interface, you gain unparalleled control of your AudioOne conference in a visually dynamic way. Every participant in the conference is represented by a colored pictogram. Want to have a one-on-one meeting with a participant? Just click, drag, and drop a participant and yourself into the Host Corner. Want the floor for a while? Simply click the mute icon and be the only one who's heard. In addition, you can cast votes, take roll call, conduct Questions & Answer sessions and much more. Participants can also use Click&Meet with limited control – they can view the conference, see who's talking, vote, and participate in data sharing sessions.

Click&Meet® is tested to perform normally when accessed through the internet browers up to versions Internet Explorer 8, Firefox 3.6, or Safari. Occasionally security settings on an individual's workstation or certain firewall configurations may block this access but normally this is not an issue. A high-speed internet connection is recommended. You may also need to disable some pop-up blocking software in order for this to work properly.

    1 Go to the MeetingOne home page at http://www.meetingone.com
    2 Click on the Customer Center section
    3 Under the Click&Meet® heading, click "Login"
    4 A new window should open within a few moments with the Click&Meet® login page

> **Click&Meet works on various web browsers, hence works on web based connections**

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf



https://www.youtube.com/watch?v=QmiaerYzxQI

# Doorbells & Audio Prompts

## Controlling the Doorbells and Audio Prompts

Doorbells and Audio Prompts are audio queues that notify you, and participants, of various events occuring in the conference. For example, doorbells indicate the arrival of a new participant; audio prompts can be a number of annoucements, such as the iniation of a recording, the entire conference being muted, floor request mode initiation, etc.

Real Time Notification

### Doorbells

**From within Click&Meet®:**

1 To only turn off/on the doorbells click the Doorbell icon (functions as a toggle).



**... or on your Phone:**

1 To only deactivate only the doorbell announcing the arrival of new participants, press * 4 7 #

*Note: To reactivate the doorbell, press * 4 7 0 #*

### Audio Prompts

**From within Click&Meet®:**

1 To turn off/on all audio prompts click the Audio Prompt icon near the top left of the Conference area on your screen (functions as a toggle).



**... or on your Phone:**

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf

- **Mute All**: Yes/No setting that mutes all participants (NOT the host) entering the conference when set to Yes. When set to No all participants joining the conference will join un-muted. When this is set to Yes participants joining muted will not be able to un-mute their own lines unless Participant Self Mute is enabled.
- **Disable Participant Self Mute**: Yes/No setting that will allow participants to mute and un-mute their lines when set to No. When set to Yes, participants will not be able to mute and un-mute themselves.
- **Disable Doorbell**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on dial out or dial in when set to Yes. When set to No a chime will play for every participant that enters the conference. **Real Time Notification**
- **Ring Doorbell on Dialout**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on DIALOUT only when set to No. When set to Yes, a chime will play every time a participant joins the call via dialout.
- **Disable Prompts**: Yes/No setting that will turn off audio prompts to the conference when set to Yes. When set to No, all audio prompts will play to the audio conference. **Note** Some audio prompts cannot be disabled, even when this setting is set to Yes. They include the recording and un-muting prompts.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf

- **Roll Call Mode**: Roll Call Mode asks participants calling into the conference to say their first and last name. When they join the conference their name is either played to the entire conference or to the host only. The host can also decide to play the recordings of people's names on demand. **Real Time Notification**
  - ○ **None**: Will disable Roll Call Mode.
  - ○ **On_Demand**: Will save the recordings of people's names so that the host can play them back later in the conference.
  - ○ **Announce_Host**: Will announce participant's names to the host only when they join the conference.
  - ○ **Announce_Conference**: Will announce participant's names to the entire conference when they join the conference.
- **Language**: This setting changes what language the conference hears prompts in. The options are: Dutch, English, UK English, French, German, Japanese, and Spanish.
- **Default Billing Code**: The default billing code is a billing identifier that can be assigned to a conference room. The default billing code will be set for all audio conferences that take place.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf



**Click&Meet**
Q&A Sessions

Manage Orderly Q&A Sessions visually from the Click&Meet interface, by showing who has a question and in what order they requested to speak.



**Open Floor Request Mode** – Open the floor for participants to request the floor to speak.
- o Audio prompt will announce floor request mode has been activated and participants will be prompted to press *# on their phone's keypad to request the floor or cancel their floor request
- o You can now open the floor request panel on the right hand side of the Click&Meet interface
- o Participants who wish to speak will show in red for first request and pink for the next people to request

https://www.meetingone.com/whitepapers/6_ClickMeet_Floor_Request_Mode_Sessions_2017.02.pdf

## What is a Markup Language?

To properly define this term - a markup language is a language that annotates text so that the computer can manipulate that text. Most markup languages are human readable because the annotations are written in a way to distinguish them from the text itself. For example, with HTML, XML, and XHTML, the markup tags are < and >. Any text that appears within one of those characters is considered part of the markup language and not part of the annotated text. For example:

https://www.genesys.com/genesys-cloud

## HTML—HyperText Markup Language

HTML or HyperText Markup Language is the primary language of the Web and the most common one you will work with as a web designer/developer. In fact, it may be the only markup language you use in your work.

All web pages are written in a flavor of HTML. HTML defines the way that images, multimedia, and text are displayed in web browsers. This language includes elements to connect your documents (hypertext) and make your web documents interactive (such as with forms). Many people call HTML "website code", but in truth it is really just a markup language. Neither term is strictly wrong and you will hear people, including web professionals, use these two terms interchangeably.

HTML is a defined standard markup language. It is based upon SGML (Standard Generalized Markup Language). It is a language that uses tags to define the structure of your text. Elements and tags are defined by the < and > characters.

https://www.lifewire.com/what-are-markup-languages-3468655

|  | HTML (**H**yper**t**ext **M**arkup **L**anguage) is a language for marking the normal text so that it gets converted into hypertext. Again, not so clear. Basically, HTML tags (e.g. "<head>", "<body>" etc.) are used to *tag* or *mark* normal text so that it becomes hypertext and several hypertext pages can be interlinked with each other resulting in the Web. Please note that the HTML tags are used to help render web pages as well in the Browser. On the contrary, HTTP (**H**yper**t**ext **T**ransfer **P**rotocol) is a protocol for transferring the hypertext pages from Web Server to Web Browser. For exchanging web pages between Server and Browser, an HTTP session is setup using protocol methods (e.g. GET, POST etc.). This would be explained in another post. |
|  | To understand this difference between HTML and HTTP, we can think of an analogy. Think of *HTML as C language* and *HTTP as FTP*. Now one can write C programs in C language and then one can transfer these C programs from Server to Clients using FTP (i.e. File transfer protocol). Same way, web pages (which are mostly HTML pages) are written in HTML and these web pages are exchanged between Server and Clients using HTTP. Since HTML is a language and HTTP is a protocol, they are two different things though related. In fact, it's possible to exchange HTML web pages without HTTP (e.g. using FTP to transfer HTML pages). Even, it's possible to transfer non HTML pages using HTTP (e.g. using HTTP to transfer XML pages). More details on XML in some other post. We hope that the above clarifies the difference between HTML and HTTP. |
|  | https://www.geeksforgeeks.org/whats-difference-html-http/ |
| d) using an HTTP streaming mechanism for transmission of the notification from the server to the browser through the open | The accused instrumentality practices using an HTTP streaming (e.g., meeting session streaming to a user's web browser) mechanism for transmission of the notification (e.g., Participant's Entry Announcement/Chime, Floor request notification, etc.) from the server (e.g., MeetingOne server) to the browser (e.g., web browser of the user such as Firefox) through the open connection (e.g., ongoing meeting session), whereby the connection between the client and the server remains open in the intervening period between the transmission of individual notification messages. |

connection, whereby the connection between the client and the server remains open in the intervening period between the transmission of individual notification messages; and



https://www.youtube.com/watch?v=ROENWxLWs84



https://www.youtube.com/watch?v=QmiaerYzxQI

HTML (**H**yper**t**ext **M**arkup **L**anguage) is a language for marking the normal text so that it gets converted into hypertext. Again, not so clear. Basically, HTML tags (e.g. "<head>", "<body>" etc.) are used to *tag* or *mark* normal text so that it becomes hypertext and several hypertext pages can be interlinked with each other resulting in the Web. Please note that the HTML tags are used to help render web pages as well in the Browser. On the contrary, HTTP (**H**yper**t**ext **T**ransfer **P**rotocol) is a protocol for transferring the hypertext pages from Web Server to Web Browser. For exchanging web pages between Server and Browser, an HTTP session is setup using protocol methods (e.g. GET, POST etc.). This would be explained in another post.

To understand this difference between HTML and HTTP, we can think of an analogy. Think of *HTML as C language* and *HTTP as FTP*. Now one can write C programs in C language and then one can transfer these C programs from Server to Clients using FTP (i.e. File transfer protocol). Same way, web pages (which are mostly HTML pages) are written in HTML and these web pages are exchanged between Server and Clients using HTTP. Since HTML is a language and HTTP is a protocol, they are two different things though related. In fact, it's possible to exchange HTML web pages without HTTP (e.g. using FTP to transfer HTML pages). Even, it's possible to transfer non HTML pages using HTTP (e.g. using HTTP to transfer XML pages). More details on XML in some other post. We hope that the above clarifies the difference between HTML and HTTP.

https://www.geeksforgeeks.org/whats-difference-html-http/

**Accessing Click&Meet®**
With our Click&Meet® Online Interface, you gain unparalleled control of your AudioOne conference in a visually dynamic way. Every participant in the conference is represented by a colored pictogram. Want to have a one-on-one meeting with a participant? Just click, drag, and drop a participant and yourself into the Host Corner. Want the floor for a while? Simply click the mute icon and be the only one who's heard. In addition, you can cast votes, take roll call, conduct Questions & Answer sessions and much more. Participants can also use Click&Meet with limited control – they can view the conference, see who's talking, vote, and participate in data sharing sessions.

Click&Meet® is tested to perform normally when accessed through the internet browers up to versions Internet Explorer 8, Firefox 3.6, or Safari. Occasionally security settings on an individual's workstation or certain firewall configurations may block this access but normally this is not an issue. A high-speed internet connection is recommended. You may also need to disable some pop-up blocking software in order for this to work properly.

   1 Go to the MeetingOne home page at http://www.meetingone.com
   2 Click on the Customer Center section
   3 Under the Click&Meet® heading, click "Login"
   4 A new window should open within a few moments with the Click&Meet® login page

> Click&Meet works on various web browsers, hence works on web based connections

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf



https://www.youtube.com/watch?v=QmiaerYzxQI

# Doorbells & Audio Prompts

## Controlling the Doorbells and Audio Prompts

Doorbells and Audio Prompts are audio queues that notify you, and participants, of various events occuring in the conference. For example, doorbells indicate the arrival of a new participant; audio prompts can be a number of annoucements, such as the iniation of a recording, the entire conference being muted, floor request mode initiation, etc.

Real Time Notification

### Doorbells

**From within Click&Meet®:**

1 To only turn off/on the doorbells click the Doorbell icon (functions as a toggle).



*... or on your Phone:*

1 To only deactivate only the doorbell announcing the arrival of new participants, press * 4 7 #

*Note: To reactivate the doorbell, press * 4 7 0 #*

### Audio Prompts

**From within Click&Meet®:**

1 To turn off/on all audio prompts click the Audio Prompt icon near the top left of the Conference area on your screen (functions as a toggle).



*... or on your Phone:*

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf

- **Mute All**: Yes/No setting that mutes all participants (NOT the host) entering the conference when set to Yes. When set to No all participants joining the conference will join un-muted. When this is set to Yes participants joining muted will not be able to un-mute their own lines unless Participant Self Mute is enabled.
- **Disable Participant Self Mute**: Yes/No setting that will allow participants to mute and un-mute their lines when set to No. When set to Yes, participants will not be able to mute and un-mute themselves.
- **Disable Doorbell**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on dial out or dial in when set to Yes. When set to No a chime will play for every participant that enters the conference. **Real Time Notification**
- **Ring Doorbell on Dialout**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on DIALOUT only when set to No. When set to Yes, a chime will play every time a participant joins the call via dialout.
- **Disable Prompts**: Yes/No setting that will turn off audio prompts to the conference when set to Yes. When set to No, all audio prompts will play to the audio conference. \*\*Note\*\* Some audio prompts cannot be disabled, even when this setting is set to Yes. They include the recording and un-muting prompts.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf

- **Roll Call Mode**: Roll Call Mode asks participants calling into the conference to say their first and last name. When they join the conference their name is either played to the entire conference or to the host only. The host can also decide to play the recordings of people's names on demand.
  - **None**: Will disable Roll Call Mode.   **Real Time Notification**
  - **On_Demand**: Will save the recordings of people's names so that the host can play them back later in the conference.
  - **Announce_Host**: Will announce participant's names to the host only when they join the conference.
  - **Announce_Conference**: Will announce participant's names to the entire conference when they join the conference.
- **Language**: This setting changes what language the conference hears prompts in. The options are: Dutch, English, UK English, French, German, Japanese, and Spanish.
- **Default Billing Code**: The default billing code is a billing identifier that can be assigned to a conference room. The default billing code will be set for all audio conferences that take place.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf





**Open Floor Request Mode** – Open the floor for participants to request the floor to speak.
- Audio prompt will announce floor request mode has been activated and participants will be prompted to press *# on their phone's keypad to request the floor or cancel their floor request
- You can now open the floor request panel on the right hand side of the Click&Meet interface
- Participants who wish to speak will show in red for first request and pink for the next people to request

https://www.meetingone.com/whitepapers/6_ClickMeet_Floor_Request_Mode_Sessions_2017.02.pdf

| e) executing the programming language codes by the browser whereby the respective notification messages are displayed or outputted at the client. | The accused instrumentality practices executing the programming language codes (e.g., markup language code such as HTML code) by the browser (e.g., web browser of the user such as Firefox) whereby the respective notification messages are displayed or outputted (e.g., display notification or play sound) at the client. |
| --- | --- |

**Accessing Click&Meet®**

With our Click&Meet® Online Interface, you gain unparalleled control of your AudioOne conference in a visually dynamic way. Every participant in the conference is represented by a colored pictogram. Want to have a one-on-one meeting with a participant? Just click, drag, and drop a participant and yourself into the Host Corner. Want the floor for a while? Simply click the mute icon and be the only one who's heard. In addition, you can cast votes, take roll call, conduct Questions & Answer sessions and much more. Participants can also use Click&Meet with limited control – they can view the conference, see who's talking, vote, and participate in data sharing sessions.

Click&Meet® is tested to perform normally when accessed through the internet browers up to versions Internet Explorer 8, Firefox 3.6, or Safari. Occasionally security settings on an individual's workstation or certain firewall configurations may block this access but normally this is not an issue. A high-speed internet connection is recommended. You may also need to disable some pop-up blocking software in order for this to work properly.

    1 Go to the MeetingOne home page at http://www.meetingone.com

    2 Click on the Customer Center section

    3 Under the Click&Meet® heading, click "Login"

    4 A new window should open within a few moments with the Click&Meet® login page

> **Click&Meet works on various web browsers, hence works on web based connections**

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf

## HTML—HyperText Markup Language

HTML or HyperText Markup Language is the primary language of the Web and the most common one you will work with as a web designer/developer. In fact, it may be the only markup language you use in your work.

All web pages are written in a flavor of HTML. HTML defines the way that images, multimedia, and text are displayed in web browsers. This language includes elements to connect your documents (hypertext) and make your web documents interactive (such as with forms). Many people call HTML "website code", but in truth it is really just a markup language. Neither term is strictly wrong and you will hear people, including web professionals, use these two terms interchangeably.

HTML is a defined standard markup language. It is based upon SGML (Standard Generalized Markup Language). It is a language that uses tags to define the structure of your text. Elements and tags are defined by the < and > characters.

https://www.lifewire.com/what-are-markup-languages-3468655



https://www.youtube.com/watch?v=QmiaerYzxQI

# Doorbells & Audio Prompts

## Controlling the Doorbells and Audio Prompts

Doorbells and Audio Prompts are audio queues that notify you, and participants, of various events occuring in the conference. For example, doorbells indicate the arrival of a new participant; audio prompts can be a number of annoucements, such as the iniation of a recording, the entire conference being muted, floor request mode initiation, etc.

Real Time Notification

### Doorbells

**From within Click&Meet®:**

1 To only turn off/on the doorbells click the Doorbell icon (functions as a toggle).



**... or on your Phone:**

1 To only deactivate only the doorbell announcing the arrival of new participants, press * 4 7 #

*Note: To reactivate the doorbell, press * 4 7 0 #*

### Audio Prompts

**From within Click&Meet®:**

1 To turn off/on all audio prompts click the Audio Prompt icon near the top left of the Conference area on your screen (functions as a toggle).



**... or on your Phone:**

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf

- **Mute All**: Yes/No setting that mutes all participants (NOT the host) entering the conference when set to Yes. When set to No all participants joining the conference will join un-muted. When this is set to Yes participants joining muted will not be able to un-mute their own lines unless Participant Self Mute is enabled.
- **Disable Participant Self Mute**: Yes/No setting that will allow participants to mute and un-mute their lines when set to No. When set to Yes, participants will not be able to mute and un-mute themselves.
- **Disable Doorbell**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on dial out or dial in when set to Yes. When set to No a chime will play for every participant that enters the conference.  **Real Time Notification**
- **Ring Doorbell on Dialout**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on DIALOUT only when set to No. When set to Yes, a chime will play every time a participant joins the call via dialout.
- **Disable Prompts**: Yes/No setting that will turn off audio prompts to the conference when set to Yes. When set to No, all audio prompts will play to the audio conference. **Note** Some audio prompts cannot be disabled, even when this setting is set to Yes. They include the recording and un-muting prompts.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf

- **Roll Call Mode**: Roll Call Mode asks participants calling into the conference to say their first and last name. When they join the conference their name is either played to the entire conference or to the host only. The host can also decide to play the recordings of people's names on demand.
  - **None**: Will disable Roll Call Mode.  **Real Time Notification**
  - **On_Demand**: Will save the recordings of people's names so that the host can play them back later in the conference.
  - **Announce_Host**: Will announce participant's names to the host only when they join the conference.
  - **Announce_Conference**: Will announce participant's names to the entire conference when they join the conference.
- **Language**: This setting changes what language the conference hears prompts in. The options are: Dutch, English, UK English, French, German, Japanese, and Spanish.
- **Default Billing Code**: The default billing code is a billing identifier that can be assigned to a conference room. The default billing code will be set for all audio conferences that take place.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf



Manage Orderly Q&A Sessions visually from the Click&Meet interface, by showing who has a question and in what order they requested to speak.



**Open Floor Request Mode** – Open the floor for participants to request the floor to speak.
- o Audio prompt will announce floor request mode has been activated and participants will be prompted to press *# on their phone's keypad to request the floor or cancel their floor request
- o You can now open the floor request panel on the right hand side of the Click&Meet interface
- o Participants who wish to speak will show in red for first request and pink for the next people to request

https://www.meetingone.com/whitepapers/6_ClickMeet_Floor_Request_Mode_Sessions_2017.02.pdf

| 4. The method according to claim 1, further comprising: using the HTTP protocol for the client-server connection. | The accused instrumentality uses the HTTP protocol (e.g., by means of a http browser) for the client-server connection. |
|---|---|



https://www.youtube.com/watch?v=ROENWxLWs84



https://www.youtube.com/watch?v=QmiaerYzxQI

HTML (**H**yper**t**ext **M**arkup **L**anguage) is a language for marking the normal text so that it gets converted into hypertext. Again, not so clear. Basically, HTML tags (e.g. "<head>", "<body>" etc.) are used to *tag* or *mark* normal text so that it becomes hypertext and several hypertext pages can be interlinked with each other resulting in the Web. Please note that the HTML tags are used to help render web pages as well in the Browser. On the contrary, HTTP (**H**yper**t**ext **T**ransfer **P**rotocol) is a protocol for transferring the hypertext pages from Web Server to Web Browser. For exchanging web pages between Server and Browser, an HTTP session is setup using protocol methods (e.g. GET, POST etc.). This would be explained in another post.

To understand this difference between HTML and HTTP, we can think of an analogy. Think of *HTML as C language* and *HTTP as FTP*. Now one can write C programs in C language and then one can transfer these C programs from Server to Clients using FTP (i.e. File transfer protocol). Same way, web pages (which are mostly HTML pages) are written in HTML and these web pages are exchanged between Server and Clients using HTTP. Since HTML is a language and HTTP is a protocol, they are two different things though related. In fact, it's possible to exchange HTML web pages without HTTP (e.g. using FTP to transfer HTML pages). Even, it's possible to transfer non HTML pages using HTTP (e.g. using HTTP to transfer XML pages). More details on XML in some other post. We hope that the above clarifies the difference between HTML and HTTP.

https://www.geeksforgeeks.org/whats-difference-html-http/



https://www.youtube.com/watch?v=QmiaerYzxQI

# Doorbells & Audio Prompts

## Controlling the Doorbells and Audio Prompts

Doorbells and Audio Prompts are audio queues that notify you, and participants, of various events occuring in the conference. For example, doorbells indicate the arrival of a new participant; audio prompts can be a number of annoucements, such as the iniation of a recording, the entire conference being muted, floor request mode initiation, etc.

Real Time Notification

### Doorbells

*From within Click&Meet®:*

1 To only turn off/on the doorbells click the Doorbell icon (functions as a toggle).



*... or on your Phone:*

1 To only deactivate only the doorbell announcing the arrival of new participants, press * 4 7 #

*Note: To reactivate the doorbell, press * 4 7 0 #*

### Audio Prompts

*From within Click&Meet®:*

1 To turn off/on all audio prompts click the Audio Prompt icon near the top left of the Conference area on your screen (functions as a toggle).



*... or on your Phone:*

https://www.meetingone.com/whitepapers/AudioOneCMUserGuide.pdf

- **Mute All**: Yes/No setting that mutes all participants (NOT the host) entering the conference when set to Yes. When set to No all participants joining the conference will join un-muted. When this is set to Yes participants joining muted will not be able to un-mute their own lines unless Participant Self Mute is enabled.
- **Disable Participant Self Mute**: Yes/No setting that will allow participants to mute and un-mute their lines when set to No. When set to Yes, participants will not be able to mute and un-mute themselves.
- **Disable Doorbell**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on dial out or dial in when set to Yes. When set to No a chime will play for every participant that enters the conference. **Real Time Notification**
- **Ring Doorbell on Dialout**: Yes/No setting that will turn off the doorbell chime for participants entering the conference on DIALOUT only when set to No. When set to Yes, a chime will play every time a participant joins the call via dialout.
- **Disable Prompts**: Yes/No setting that will turn off audio prompts to the conference when set to Yes. When set to No, all audio prompts will play to the audio conference. **Note** Some audio prompts cannot be disabled, even when this setting is set to Yes. They include the recording and un-muting prompts.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf

- **Roll Call Mode**: Roll Call Mode asks participants calling into the conference to say their first and last name. When they join the conference their name is either played to the entire conference or to the host only. The host can also decide to play the recordings of people's names on demand. **Real Time Notification**
  - **None**: Will disable Roll Call Mode.
  - **On_Demand**: Will save the recordings of people's names so that the host can play them back later in the conference.
  - **Announce_Host**: Will announce participant's names to the host only when they join the conference.
  - **Announce_Conference**: Will announce participant's names to the entire conference when they join the conference.
- **Language**: This setting changes what language the conference hears prompts in. The options are: Dutch, English, UK English, French, German, Japanese, and Spanish.
- **Default Billing Code**: The default billing code is a billing identifier that can be assigned to a conference room. The default billing code will be set for all audio conferences that take place.

https://www.meetingone.com/customers/OAMEndUserGuide.pdf



# Click&Meet
## Q&A Sessions

Manage Orderly Q&A Sessions visually from the Click&Meet interface, by showing who has a question and in what order they requested to speak.



**Open Floor Request Mode** – Open the floor for participants to request the floor to speak.
- o Audio prompt will announce floor request mode has been activated and participants will be prompted to press *# on their phone's keypad to request the floor or cancel their floor request
- o You can now open the floor request panel on the right hand side of the Click&Meet interface
- o Participants who wish to speak will show in red for first request and pink for the next people to request

https://www.meetingone.com/whitepapers/6_ClickMeet_Floor_Request_Mode_Sessions_2017.02.pdf